ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03CR10168WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| BRIMA WURIE, a/k/a "B.J." | ) 18 U.S.C. § 1951 (Hobbs Act |
| and | ) Robbery) |
| JARRID R. CAMPBELL | ) 18 U.S.C. § 924(c) (Use of a |
| | ) Firearm During a Crime of |
| | ) Violence) |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 1951 - Hobbs Act Robbery)

The Grand Jury charges that:

1. At all times material to this Indictment, Citgo Gas Station, 733 South Main Street, Randolph, (hereafter "Citgo") was engaged in the business of selling gasoline and related products and services in interstate commerce and was an industry which affects interstate commerce.

2. On July 6, 2000, in the District of Massachusetts,

**BRIMA WURIE, A/K/A "B.J."
AND
JARRID R. CAMPBELL,**

the defendants herein, did attempt and conspire to unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt and conspire to take and obtain personal property of Citgo, consisting of United

States currency, from the person of and in the presence of the on-duty employee of Citgo, against his will, by means of actual and threatened force, violence, and fear of injury to his person.

**Overt Acts**

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Massachusetts:

A.  On or about July 6, 2000, Brima Wurie, a/k/a "B.J.," aided and abetted by Jarrid Campbell, attempted to rob Citgo;

B.  On or about July 6, 2000, Brima Wurie shot the on-duty employee of Citgo.

All in violation of Title 18, United States Code, Sections 1951 and 2.

COUNT TWO:     (18 U.S.C. 924(c)(1) -- Use of a Firearm During a
               Crime of Violence)

The Grand Jury further charges that:

On or about July 6, 2000, at Randolph, in the District of Massachusetts,

**BRIMA WURIE, A/K/A "B.J."
AND
JARRID R. CAMPBELL,**

the defendants herein, knowingly used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, the crime charged in Count One of this Indictment which is hereby incorporated by reference herein.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

03CR 10168 WGY

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __11__    **Investigating Agency** __ATF__

City __Boston__    **Related Case Information:**

County __Suffolk__    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Brima Wurrie__    Juvenile:  ☐ Yes   X No

Alias Name __B.J.__

Address __51 Speedwell Street, Apartment 2, Dorchester, Massachusetts__

Birthdate: __1979__   SS # _____   Sex: __Male__   Race: _____   Nationalit _____

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Theodore B. Heinrich__    Bar Number if applicable _____

Interpreter:   ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**   X Yes   ☐ No

X  Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
X Already in State Custody at _____   ☐ Serving Sentence   X Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/15/03    Signature of AUSA: _/s/ Theodore B. Heinrich_

Theodore B. Heinrich

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Brima Wurie a/k/a "B.J."    03CR10168WGY

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951 | Hobbs Act Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a firearm during a crime of violence | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** 03CR10168WGY **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__    **Investigating Agency** __ATF__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jarrid R. Campbell__    Juvenile: ☐ Yes   X No

Alias Name _____

Address __503 Geneva Avenue, Apartment 3, Dorchester, Massachusetts__

Birthdate: __1980__ SS # _____ Sex: __Male__ Race: _____ Nationalit _____

**Defense Counsel if known:** _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Theodore B. Heinrich__    Bar Number if applicable _____

**Interpreter:** ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:** X Yes   ☐ No

   X Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __05/15/03__    Signature of AUSA: _[signature]_

Theodore B. Heinrich

**District Court Case Number** (To be filled in by deputy clerk): **03CR10168WGY**

**Name of Defendant**    Jarrid R. Campbell

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951 | Hobbs Act Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a firearm during a crime of violence | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**