# Zalkind, Rodriguez, Lunt & Duncan LLP
ATTORNEYS AT LAW
### 65a Atlantic Avenue, Boston, Massachusetts 02110
TELEPHONE (617) 742-6020
FAX (617) 742-3269

Norman S. Zalkind
Elizabeth A. Lunt
David Duncan
also member of Pennsylvania Bar

Inga S. Bernstein

William B. VanLonkhuyzen
also member of California Bar

Jennifer L. Bills
also member of New York Bar

Of Counsel:
Barbara Equen Rodriguez
John P. Ward
also member of California Bar

Kevin S. Nixon

December 11, 2003

The Honorable William G. Young
Chief Judge
United States District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:   *U.S. v. Brima Wurie*
      Criminal No. 03-10168-WGY

Dear Judge Young,

[Handwritten annotation: January 2, 2004, Treated as a motion, motion allowed with the following provisos: 1. The appointment of the three lawyers shall terminate at the moment Mr. Wurie is no longer "death eligible." At this point, Mr. Wurie may chose one of the three as his counsel, which counsel will thereafter be paid at the normal rate. 2. There shall be no duplication of charges between this case and Crim. No. 03-10329. Bills for both cases must be submitted simultaneously only as they may be ordered, tabled for duplication. /s/ Wm. A. Young, Ch. Judge]

As you may be aware, we have been appointed to represent Brima Wurie in a separate indictment, charging, *inter alia*, murder in aid of racketeering (hereinafter referred to as "the death penalty case"). This case, Criminal No. 03-10329, is pending before Judge Saris. The indictment includes a "Notice of Special Findings" alleging death penalty eligibility and aggravating factors under 18 U.S.C. §3591(a) and (c).

Now that we have reviewed the pleadings and discovery in the above-captioned robbery/shooting indictment pending before you, and have conferred with Mr. Wurie's current counsel, Christopher Belezos, it is clear to us that the above indictment is closely connected with the shootings and murder charged in the death penalty case. The two indictments involve the same informant and the same firearm is alleged to have been used both in the robbery and in some of the shootings alleged in the death penalty indictment. It is our opinion that, in order to provide effective assistance of counsel, we should be appointed to represent Mr. Wurie in the above indictment. Since the government will seek to introduce evidence pertaining to the robbery case at the trial of the death penalty case, our investigation and preparation of the latter must necessarily involve thorough investigation and preparation of the former, and an integrated strategy. Hence the interests of judicial administration, as well as those of effective assistance of counsel, will be advanced by our appointment in the case pending before you.

      We therefore request that all three undersigned counsel be appointed to represent Mr. Wurie in the above indictment. Mr Zalkind and Ms. Lunt will need to consult with Mr. Herman, "learned counsel" from New Jersey, on issues in the robbery case which impinge on the death penalty case. We further request that we be paid at the "death penalty rate" of $125 per hour since the only reason we are requesting the appointment is to fulfill our obligations to our client, who is eligible for the death penalty.

      We have discussed the question of our appointment in this matter with Mr. Wurie and with Mr. Belezos. Both agree to our appointment. (Mr. Belezos was retained by Mr. Wurie's parents at a modest fee.) We are available to confer with the court on this matter should the court so desire.

Very truly yours,

*/s/ Norman Zalkind*

Norman S. Zalkind

*/s/ Elizabeth A. Lunt*

Elizabeth A. Lunt

*/s/ Carl J. Herman*

Carl J. Herman

EAL/jmv
Enclosures
cc:    Judge Saris
       Judge Collings
       Theodore B. Heinrich, AUSA
       Christopher P. Belezos, Esq.
       J. Martin Richey, Esq.
       Leo T. Sorokin, Esq.
       Jack Cunha, Esq.
       Brima Wurie