RECEIVED
Clerk's Office
USDC, Mass.
Date 5-25-04
By  CMG
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | 03-CR-10168-WGY |
| ) | |
| BRIMA A. WURIE ) | |
| ) | |

## DEFENDANT, BRIMA WURIE'S WITNESS LIST

The defendant, Brima Wurie, hereby files his witness list in the above-captioned case:

All witnesses listed in Government's Witness List.

Scott A. Keller
Methuen, MA

Megan Giebelhaus
Boston, MA

Tpr. James D. O'Leary
Massachusetts State Police
Canton, MA

William E. Conrad
Fredericksburg, VA

Respectfully submitted,
BRIMA A. WURIE,
By his attorneys,

_____
Norman S. Zalkind (B.B.O. # 538880)
Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Avenue
Boston, MA 02110
(617)742-6020

_____
Elizabeth A. Lunt (B.B.O. # 307700)
Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Avenue
Boston, MA 02110
(617)742-6020

_____
Carl J. Herman
Suite 101
570 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 740-8944

Dated: May 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant Brima Wurie's Witness List was served on May 25, 2004 by hand delivery to Theodore B. Heinrich, Assistant U.S. Attorney, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210; and by mail to John H. Cunha, Jr., Cunha & Holcomb, PC, One State Street, Boston, MA 02109.

_____
Elizabeth A. Lunt