UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) CRIMINAL ACTION |
| BRIMA WURIE, | ) NO. 03-10168-WGY |
| Defendant. | ) |

ORDER OF REMAND

YOUNG, C.J.                                                    June 2, 2004

To ensure the proper and timely presence of the defendant at all further proceedings in this matter, he is ordered remanded to the custody of the United States Marshals forthwith.

SO ORDERED.

*/s/ William G. Young*
WILLIAM G. YOUNG
CHIEF JUDGE