UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>BRIMA A. WURIE )<br>) | 03-CR-10168-WGY |

## DEFENDANT BRIMA WURIE'S MOTION FOR JUDGMENTS OF ACQUITTAL

Now comes the defendant, Brima Wurie, at the close of the government's evidence and moves that the Court enter judgments of acquittal on both counts of the above indictment.

Respectfully submitted,
BRIMA A. WURIE,
By his attorneys,

_____
Norman S. Zalkind (B.B.O. # 538880)
Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Avenue
Boston, MA 02110
(617)742-6020

_____
Elizabeth A. Lunt (B.B.O. # 307700)
Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Avenue
Boston, MA 02110
(617)742-6020

_____
Carl J. Herman
Suite 101
570 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973)740-8944

Dated: June 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant Brima Wurie's Motion for Judgments of Acquittal was served on June 3, 2004 by hand delivery to Theodore B. Heinrich, Assistant U.S. Attorney, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210; and by mail to John H. Cunha, Jr., Cunha & Holcomb, PC, One State Street, Boston, MA 02109.

_____
Elizabeth A. Lunt