```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES of AMERICA  )
                          ) CRIMINAL ACTION
       v.                 ) NO.  03-10168-WGY
                          )
BRIMA WURIE               )
```

## ORDER

YOUNG, C.J.                                      June 3, 2004

The Office of the Sheriff of Suffolk County is directed to surrender to the United States Marshal's Service all legal documents and personal effects of Brima Wurie.

```
                              /s/ William G. Young
                              WILLIAM G. YOUNG
                              CHIEF JUDGE
```