UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES of AMERICA  )
                          )  CRIMINAL ACTION
        v.                )  NO.  03-10168-WGY
                          )
BRIMA WURIE               )


                           JURY VERDICT


    1.  On the attempted robbery charge, we find Brima Wurie

        __✓__    not guilty

        _____    guilty


    2.  On the use of a firearm charge, we find Brima Wurie

        __✓__    not guilty

        _____    guilty


                                    _____
                                              Forelady

Date: _June 4 2004_